IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HENRY CHAVEZ,

    Plaintiff,

vs.                                                        No. 08-CV-74 WJ/ACT

RUBEN JARAMILLO, et al.,

    Defendants.

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS
### AND RECOMMENDED DISPOSITION

**THIS MATTER** comes before the Court on the Proposed Findings and Recommended Disposition of the United States Magistrate Judge. [Doc. No. 63.] Plaintiff did not file any timely objections.

**IT IS THEREFORE ORDERED** that the Proposed Findings and Recommended Disposition of the United States Magistrate Judge are adopted by the Court.

**IT IS FURTHER ORDERED** that Count VIII of Plaintiff's Complaint, the spoliation claim against Defendant William Shannon, M.D., is dismissed with prejudice.

_____
**United States District Judge**