UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**HENRY CHAVEZ,**

    **Plaintiff,**

    v.                               **CIV. NO. 08-74 WJ/ACT**

**RUBEN JARAMILLO, et al.,**

    **Defendants.**

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** comes before the Court on the Proposed Findings and Recommended Disposition of the United States Magistrate Judge. [Doc. No. 44.] Plaintiff did not file timely objections.

**IT IS THEREFORE ORDERED** that the Proposed Findings and Recommended Disposition of the United States Magistrate Judge are adopted by the Court.

**IT IS FURTHER ORDERED** that Count II of Plaintiff's Complaint against the CMS Defendants be dismissed with prejudice and Count VI be dismissed with prejudice.

_____
**WILLIAM P. JOHNSON**
**UNITED STATES DISTRICT JUDGE**